**Order filed, September 17, 2018.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00805-CV

————————

**MNJ GROUP, INC., Appellant**

**V.**

**CAR STEREO OF TEXAS, INC.; TEXAS ELECTRONICS & CAR SALES, INC.; NABEEL ARAFAT; ADAM ARAFAT; KELLY ARAFAT; OMAR'S FINANCIAL SERVICES, INC.; OMAR'S FINANCIAL CONSULTANT'S, INC.; AND OMAR OMAR, Appellee**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-84872**

---

## ORDER

The reporter's record in this case was due August 15, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cantrece Addison, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM